No. 1202. JACKSON MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* EVERS ET AL. C. A. 5th Cir. Certiorari denied. *Joe T. Patterson,* Attorney General of Mississippi, *Thomas H. Watkins* and *Junior O'Mara* for petitioners.

No. 1206. JOHNSON, SECRETARY-TREASURER OF DEPARTMENT STORE EMPLOYEES UNION, LOCAL 1100, ET AL. *v.* RAPHAEL WEILL & CO., INC., DBA THE WHITE HOUSE, ET AL. C. A. 9th Cir. Certiorari denied. *Roland C. Davis* for petitioners. *John Walton Dinkelspiel* for respondents.

No. 1207. BENES ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Vincent J. Cuti* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *I. Henry Kutz* for respondent.

No. 1208. FIDELITY & CASUALTY CO. OF NEW YORK *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Shirley Berger* for petitioner. *Solicitor General Marshall* for the United States.

No. 1211. PENNSYLVANIA REFUSE REMOVAL ASSOCIATION ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *J. Francis Hayden* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner* and *Howard E. Shapiro* for the United States.

No. 1257. COOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William F. Walsh* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.